COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Cheryl E. Hill v. Federal National Mortgage Association

Appellate case number:      01-14-00359-CV

Trial court case number:    1044206

Trial court:                County Civil Court at Law No. 4 of Harris County

Appellant appealed from the trial court's April 21, 2014 judgment in this forcible detainer action on April 25, 2014. *See* TEX. R. APP. P. 26.1. The record was therefore due on June 20, 2014. *See* TEX. R. APP. P. 35.1. The clerk's record was filed on May 22, 2014. The reporter's record has not been filed.

On June 23, 2014, the Clerk of this Court notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not requested preparation of the record or had not made arrangements to pay for the reporter's record. The Clerk further notified appellant that unless she either provided proof that she had paid or made arrangements to pay for preparation of the reporter's record or filed a response showing that she was exempt from paying for the reporter's record by July 23, 2014, the Court might consider and decide only those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant failed to respond to the notice.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.* Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ Sherry Radack
                    ☒ Acting individually
Date: September 9, 2014